# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLOOM AUTOMATION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:26-cv-10599 |
| ETEROS TECHNOLOGIES USA, INC., | ) |
| Defendant. | ) |

## PLAINTIFF BLOOM AUTOMATION, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff Bloom Automation, Inc. ("Bloom" or "Plaintiff"), by and through its undersigned counsel, respectfully moves for summary judgment against Defendant Eteros Technologies USA, Inc. ("Eteros") on the one and only Count of Plaintiff's Complaint (Count I).

In support of its motion, Bloom states there are no genuine issues as to any material facts and that it is entitled to summary judgment as a matter of law. It is undisputed that Eteros materially breached the parties' amended Secured Promissory Note (the "Note") by failing to make required payments and failing to cure those missed payment defaults. Under the plain language of the Note, Bloom is therefore entitled to the full amount of principal, interest at the contractual default rate of 1.25% per month, and Bloom's reasonable attorneys' fees and costs incurred in connection with this action.

As grounds for this motion, Bloom relies upon the attached Statement of Undisputed Material Facts, Declaration of Michael "Kip" Clifton, and Memorandum of Law in support of this Motion.

Bloom respectfully requests that this Court enter summary judgment in its favor and against Eteros, awarding Bloom the unpaid principal due under the Note in the amount of $455,493.94, together with accrued and accruing interest at the contractual default rate of 1.25% per month, and Bloom's reasonable attorneys' fees and costs in an amount to be determined by the Court per Fed. R. Civ. P. 54.

DATED: February 6, 2026

Respectfully submitted,

/s/ *David L. Feinberg*
David L. Feinberg (BBO# 666805)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
T: (202) 344-8278
F: (202) 344-8300
DLFeinberg@venable.com

*Attorney for Plaintiff Bloom Automation, Inc.*

## **RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, counsel for Plaintiff certify that they conferred with counsel for Defendant on January 25 and January 28, 2026, regarding Plaintiff's Motion for Summary Judgment and attempted in good faith to resolve or narrow the issues.

/s/ *David L. Feinberg*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on 6th day of February 2026, a true and correct copy of the foregoing document was electronically filed with the Court using the CM/ECF system, which will provide notice to all counsel of record in this matter. A copy was also sent to Eteros at the following addresses via U.S. mail and via certified mail.

Eteros Technologies USA, Inc.
6175 South Sandhill Road
Unit 600
Las Vegas, Nevada 89120

AND

Eteros Technologies USA, Inc.
202 - 17665 66A Ave
Surrey, BC V3S 2A7

                                                            /s/ *David L. Feinberg*